UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Andy Donald Pearson, | Case No. 3:25-cv-00371-ART-CLB |
|---|---|
| Petitioner, | Order Dismissing Petition |
| v. | |
| Ken Furlong, *et al.*, | |
| Respondents. | |

Andy Donald Pearson, who is in custody in the Carson City Jail, has submitted what he has styled as a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) While he has included a note stating that he is indigent (ECF No. 1), he has not filed an application to proceed *in forma pauperis* or paid the $5.00 filing fee. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced.

The Court also notes that Petitioner did not use the Court-required form for a 28 U.S.C. § 2254 habeas petition nor does his filing substantially follow the form. It is also unclear what claim or claims Petitioner seeks to bring. He recites numerous alleged incidents where he has suffered torture, illegal medical study/experimentation, drugging (including at Starbucks), computer hacking, and surveillance, apparently conducted by the FBI, CIA, family members, the University of California San Francisco medical faculty, and

others. A district court may grant federal habeas relief to a petitioner where his state-court conviction or sentence violates his federal constitutional rights. § 2254(a). Petitioner doesn't appear to challenge a state conviction or sentence. While he asks for release from incarceration, he also asks that the Court grant his request for assisted suicide and enjoin the governor of California from issuing a warrant for his arrest. He states no claims for which federal habeas relief may be granted. Accordingly, the Court dismisses this action without prejudice.

It is therefore ordered that what Petitioner has styled as an application to proceed *in forma pauperis* **(ECF No. 1) is DENIED**.

It is further ordered that this action is **DISMISSED** without prejudice as improperly commenced.

It is further ordered that Petitioner's emergency motion for stay and injunction/motion for expedited habeas corpus **(ECF Nos. 3 and 4) are both DENIED**.

The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 5th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE